UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS LAGENE CHAFFORD,

    Petitioner,

  vs.

ANTHONY HEGPETH, Warden,

    Respondent.

                                          /

No. C 09-1574 PJH (PR)

**ORDER NUNC PRO TUNC**

    This is a habeas case filed pro se by a state prisoner. In an order entered on January 15, 2010 (docket number 17), the court denied petitioner's motion for appointment of counsel and granted "[p]etitioner's motion for an extension of time to file his traverse." Petitioner's motion was, however, incorrectly identified as "document number 6," which in fact was a motion for an extension of time by respondent.

    The order (document 17) is **AMENDED** nunc pro tunc to show the number of petitioner's **GRANTED** motion of time to file his traverse as document eleven (document 11). His duplicate motion (document 10) is **DENIED** as moot. The traverse filed October 21, 2009, is timely. Respondent's motion for an extension of time to file an answer (document 6) is **GRANTED**. The answer is deemed timely.

    **IT IS SO ORDERED.**

Dated: August 23, 2010.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

P:\PRO-SE\PJH\HC.09\CHAFFORD1574.TRAV.wpd